

1  Steven Tindall, SBN #187862
   Email: smt@classlawgroup.com
2  GIBBS LAW GROUP LLP
   505 14th Street, Suite 1110
3  Oakland, California 94612
   Telephone: (510) 350-9700
4  Facsimile: (510) 350-9701

5  Beth E. Terrell, SBN #178181
   Email: bterrell@terrellmarshall.com
6  Jennifer Rust Murray, *Admitted Pro Hac Vice*
   Email: jmurray@terrellmarshall.com
7  Adrienne D. McEntee, *Admitted Pro Hac Vice*
   Email: amcentee@terrellmarshall.com
8  TERRELL MARSHALL LAW GROUP PLLC
   936 North 34th Street, Suite 300
9  Seattle, Washington 98103
   Telephone: (206) 816-6603
10 Facsimile: (206) 319-5450

11 [Additional Counsel Appear on Signature Page]

12 *Attorneys for Plaintiff and Proposed Class*

13

                    UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
15

16 | CATHI SCHLOSS, on behalf of herself and all others similarly situated, | NO. 5:20-cv-00126-BLF |
17 | Plaintiff, | **STIPULATION OF DISMISSAL** |
18 | vs. | DEMAND FOR JURY |
19 | GOSMITH, INC., | |
20 | Defendant. | |

21

22

23

STIPULATION OF DISMISSAL - 1
CASE NO. 5:20-CV-00126-BLF

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2     Plaintiff Cathi Schloss ("Plaintiff") and Defendant GoSmith, Inc. ("Defendant") stipulate
3  to the dismissal of all individual claims asserted by Plaintiff against Defendant GoSmith, Inc.,
4  with prejudice, and the dismissal of proposed claims brought on behalf of an uncertified class,
5  without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A). The Court retains jurisdiction for
6  purposes of enforcing the settlement in this case.
7     RESPECTFULLY SUBMITTED AND DATED this 24th day of August, 2020.

8  TERRELL MARSHALL LAW GROUP PLLC        MANATT, PHELPS & PHILLIPS, LLP

9  By: /s/ Adrienne D. McEntee, *Pro Hac Vice*      By: /s/ Christine M. Reilly, SBCN #226388
     Beth E. Terrell, SBN #178181                      Christine M. Reilly, SBN #226388
10   Email: bterrell@terrellmarshall.com               Email: creilly@manatt.com
     Jennifer Rust Murray, *Pro Hac Vice*              Jessica A. Vidal, SBN #327616
11   Email: jmurray@terrellmarshall.com                Email: jvidal@manatt.com
     Adrienne D. McEntee, *Pro Hac Vice*               Alexandra Krasovec, SBN #279578
12   Email: amcentee@terrellmarshall.com               Email: akrasovec@manatt.com
     936 North 34th Street, Suite 300                  2049 Century Park East, Suite 1700
13   Seattle, Washington 98103                         Los Angeles, California 90067
     Telephone: (206) 816-6603                         Telephone: (310) 312-4000
14   Facsimile: (206) 319-5450

                                                     *Attorneys for Defendant*
15   Steven Tindall, SBN #187862
     Email: smt@classlawgroup.com
16   GIBBS LAW GROUP LLP
     505 14th Street, Suite 1110
17   Oakland, California 94612
     Telephone: (510) 350-9700
18   Facsimile: (510) 350-9701

19
20
21
22
23

STIPULATION OF DISMISSAL - 2
CASE NO. 5:20-CV-00126-BLF

1
2  Ian B. Lyngklip
   Email: ian@consumerlawyers.com
   Sylvia S. Bolos
3  Email: sylviab@consumerlawyers.com
   LYNGKLIP & ASSOCIATES
4  CONSUMER LAW CENTER, PLC
   24500 Northwestern Hwy, Suite 206
5  Southfield, Michigan 48075
   Telephone: (248) 208-8864
6  Facsimile: (248) 208-9073

7  *Attorneys for Plaintiff and the Proposed Class*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

STIPULATION OF DISMISSAL - 3
CASE NO. 5:20-CV-00126-BLF

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on August 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Christine M. Reilly, SBN #226388
>Email: creilly@manatt.com
>Jessica A. Vidal, SBN #327616
>Email: jvidal@manatt.com
>Alexandra Krasovec, SBN #279578
>Email: akrasovec@manatt.com
>MANATT, PHELPS & PHILLIPS, LLP
>2049 Century Park East, Suite 1700
>Los Angeles, California 90067
>Telephone: (310) 312-4000

*Attorneys for Defendant*

DATED this 24th day of August, 2020.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By:   /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*
>Adrienne D. McEntee, *Admitted Pro Hac Vice*
>Email: amcentee@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington  98103
>Telephone:  (206) 816-6603
>Facsimile:  (206) 319-5450

*Attorneys for Plaintiff*

STIPULATION OF DISMISSAL - 4
CASE NO. 5:20-CV-00126-BLF

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL.  206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com